UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER HANDLEY, PERSONAL
REPRESENTATIVE OF THE ESTATE
OF DONALD E. CLAUSEN, DECEASED,

    Plaintiff,                                   Case No. 04-71920

v.                                             Hon. John Corbett O'Meara

THE CITY OF TAYLOR, *et al.,*

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S
## <u>MOTION FOR RECONSIDERATION</u>

Before the court is Plaintiff's motion for reconsideration, filed February 9, 2007. Pursuant to Local Rule 7.1(e)(2)(E.D. Mich. Sept. 8, 1998), no response was ordered and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court
> will not grant motions for rehearing or reconsideration which
> merely present the same issues ruled upon by the court, either
> expressly or by reasonable implication. The movant shall not only
> demonstrate a palpable defect by which the court and the parties
> have been misled but also show that correcting the defect will
> result in a different disposition of the case.

LR 7.1(g)(3).

    Having filed a motion for reconsideration that presents the same issues ruled upon by the court, Plaintiff has failed to demonstrate a palpable defect by which the court and the parties

have been misled. Therefore, IT IS HEREBY ORDERED that Plaintiff's February 9, 2007 motion for reconsideration is DENIED.

s/John Corbett O'Meara<br>
United States District Judge

Dated: February 23, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 26, 2007, by electronic or ordinary mail.

s/William Barkholz<br>
Case Manager